FILED
CLERK, U.S. DISTRICT COURT

04/20/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>Alex Joe Zuniga,<br><br>         Defendant. | Case No.: 5:14-cr-00107-VAP-51<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

      (×)  information in the Pretrial Services Report and Recommendation

      (×)  information in the violation petition and report(s)

      (  )  the defendant's nonobjection to detention at this time

      (×)  other: <u>Background unverified; No bail resources; Allegations of absconding; Substance abuse</u>

and/ or

B. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- (×) information in the Pretrial Services Report and Recommendation
- (×) information in the violation petition and report(s)
- ( ) the defendant's nonobjection to detention at this time
- (×) other: Instant allegations; Criminal history; Substance abuse; History of probation/parole violations; New contact with law enforcement while on supervision

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: April 20, 2022

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE